DAVID L. HENKIN          #6876
KYLIE W. WAGER CRUZ      #10165
ELENA L. BRYANT          #9548
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Email: dhenkin@earthjustice.org
       kwager@earthjustice.org
       ebryant@earthjustice.org

Attorneys for Plaintiffs[1]

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| NĀ KIAʻI KAI, an unincorporated association, and SURFRIDER FOUNDATION, a non-profit corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF KAUAʻI,<br><br>and<br><br>KENNETH S. FINK, in his official capacity as Director of Health of the DEPARTMENT OF HEALTH, STATE OF HAWAIʻI,[2]<br><br>  Defendants. | Civil No. 22-00304 DKW-KJM<br><br>SETTLEMENT AGREEMENT RE: AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS OF LITIGATION; ORDER<br><br><br><br><br><br><br><br>Judge: Honorable Derrick K. Watson |

---

[1] Pursuant to Local Rule 10.2(b), please refer to the signature page for the complete list of parties represented.

[2] On January 9, 2023, Kenneth S. Fink succeeded Elizabeth A. Char as the Director of Health of the Department of Health, State of Hawaiʻi. Kenneth S. Fink is automatically substituted as a defendant. *See* Fed. R. Civ. P. 25(d).

<u>SETTLEMENT AGREEMENT RE: AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS OF LITIGATION</u>

WHEREAS, on April 3, 2024, Plaintiffs NA KIAʻI KAI and SURFRIDER FOUNDATION (collectively "Plaintiffs") and Defendants COUNTY OF KAUAʻI and KENNETH S. FINK, in his official capacity as Director of Health of the DEPARTMENT OF HEALTH, STATE OF HAWAIʻI, entered into a court-ordered settlement agreement (ECF No. 91) that reserved Plaintiffs' rights to seek recovery from Defendant Director of Health of (1) attorneys' fees incurred in the "Liability Phase" of this lawsuit and (2) costs other than attorneys' fees incurred in the "Liability Phase" or "Remedy Phase" of this lawsuit;

WHEREAS, Plaintiffs waived their rights to seek recovery from Defendant Director of Health of attorneys' fees incurred in the "Remedy Phase" of this lawsuit (ECF No. 91);

WHEREAS, Plaintiffs further waived their rights to seek recovery from Defendant County of Kauaʻi of attorneys' fees and costs incurred in the "Liability Phase" or "Remedy Phase" of this lawsuit, and have agreed to accept $5,000 to satisfy Plaintiffs' claim against Defendant County of Kauaʻi for costs other than attorneys' fees incurred in the "Remedy Phase" or "Liability Phase" of this lawsuit (ECF Nos. 52 & 91);

WHEREAS, on April 3, 2024, this Court entered the Joint Stipulation and Order Re: Dismissal (ECF No. 92), which left for resolution through future

negotiation or motion practice Plaintiffs' claim for an award of attorneys' fees and costs of litigation; and

WHEREAS, it is in the interest of the public, the parties, and judicial economy to resolve Plaintiffs' claim for an award of attorneys' fees and costs for the "Liability Phase" and "Remedy Phase" of this lawsuit without further litigation;

NOW, THEREFORE, THE PLAINTIFFS AND DEFENDANT DIRECTOR OF HEALTH AGREE, AND THE COURT ORDERS, AS FOLLOWS:

1. Nothing in this agreement shall be construed or offered in evidence in any proceeding as an admission or concession of any issue of fact or question of law concerning Plaintiffs' claim for attorneys' fees and costs of litigation. This agreement is executed solely for the purpose of compromising and settling Plaintiffs' claim for attorneys' fees and costs of litigation.

2. Defendant Director of Health shall pay to Plaintiffs the sum of $171,877.73 in full satisfaction of any and all claims against Defendant Director of Health for Plaintiffs' attorneys' fees and costs of litigation for proceedings before this Court in the above-captioned matter, through and including the execution date of this agreement. Payment shall be made to "Earthjustice" and shall be delivered to Plaintiffs' attorneys of record at: Earthjustice, 850 Richards Street, Suite 400, Honolulu HI  96813.

3. Defendant shall pay Plaintiffs interest on any unpaid amount of the award set forth in paragraph 2, which shall be calculated at the rate established by the Secretary of the Treasury, pursuant to 28 U.S.C. § 1961, calculated from September 30, 2024.

4. The United States District Court for the District of Hawaiʻi will retain jurisdiction to enforce the terms of this agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

5. This agreement shall apply to and be binding upon Plaintiffs, Defendant Director of Health, their members, delegates, and assigns. The undersigned representatives certify that they are authorized by the party or parties they represent to enter into this agreement and to execute and legally bind that party or parties to the terms and conditions of this agreement.

Executed this 24th day of May, 2024.

/s/ Kylie W. Wager Cruz
DAVID L. HENKIN
KYLIE W. WAGER CRUZ
ELENA L. BRYANT
EARTHJUSTICE

Attorneys for Plaintiffs
NĀ KIAʻI KAI and SURFRIDER FOUNDATION

/s/ Dale K. Sakata
MELISSA J. KOLONIE    #10109
DALE K. SAKATA        #5861
JOANNA B.K.F. YEH     #7764
Deputy Attorneys General
Department of the Attorney General,
State of Hawaiʻi
465 South King Street, Room 200
Honolulu, Hawaiʻi 96813
T: (808)587-3050
Email: melissa.j.kolonie@hawaii.gov
       dale.k.sakata@hawaii.gov
       joanna.yeh@hawaii.gov

Attorneys for Defendant
KENNETH S. FINK, in his official capacity
as Director of Health of the STATE OF
HAWAIʻI DEPARTMENT OF HEALTH

APPROVED AND SO ORDERED

DATED: June 17, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Nā Kiaʻi Kai v. County of Kauaʻi, et al.*, 1:22-CV-00304-DKW-KJM; SETTLEMENT AGREEMENT RE: AWARD OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS OF LITIGATION; ORDER

4