DAVID L. HENKIN           #6876
KYLIE W. WAGER CRUZ       #10165
ELENA L. BRYANT           #9548
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
Telephone No.: (808) 599-2436
Email:  dhenkin@earthjustice.org
        kwager@earthjustice.org
        ebryant@earthjustice.org

Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| NĀ KIAʻI KAI, an unincorporated association, and SURFRIDER FOUNDATION, a non-profit corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>COUNTY OF KAUAʻI,<br><br>and<br><br>ELIZABETH A. CHAR, in her official capacity as Director of Health of the DEPARTMENT OF HEALTH, STATE OF HAWAIʻI,<br><br>                    Defendants. | Civil No. 22-00304 DKW-KJM<br><br>JOINT STIPULATION BETWEEN PLAINTIFFS AND DOH/THE DIRECTOR OF HEALTH RE: SETTLEMENT AGREEMENT AND ORDER (Remedy Phase); ORDER<br><br>Related to ECF Nos. 91 & 92 |

---

\* Pursuant to Local Rule 10.2(b), please refer to the signature page for the complete list of parties represented.

<u>JOINT STIPULATION BETWEEN PLAINTIFFS AND DOH/THE DIRECTOR OF HEALTH RE: SETTLEMENT AGREEMENT AND ORDER (Remedy Phase)</u>

WHEREAS, on April 3, 2024, the Court entered a SETTLEMENT AGREEMENT AND ORDER (Remedy Phase) (ECF No. 91) signed by Plaintiffs Nā Kiaʻi Kai and Surfrider Foundation (collectively, "Plaintiffs"), and Defendants County of Kauaʻi ("County") and Elizabeth A. Char, in her official capacity as Director of Health of the Department of Health, State of Hawaiʻi ("DOH/the Director of Health") in the above-referenced matter;

WHEREAS, Paragraph 1 of the SETTLEMENT AGREEMENT AND ORDER (Remedy Phase) (ECF No. 91 at 6) currently states:

1.  Within three hundred sixty-five (365) days of execution of this Agreement, DOH/the Director of Health shall issue one or more draft NPDES permits for all outfalls of the Mānā Plain Drainage Ditch System, including but not limited to the outfalls of Kīkīaola Harbor Drain, Kawaiʻele Outfall, Nohili Outfall, First Ditch, Second Ditch, and Cox Drain as identified in *Nā Kiaʻi Kai v. Nakatani*, 401 F. Supp. 3d 1097, 1100, 1103, 1104 (2019); and *Nā Kiaʻi Kai v. Cnty. of Kauaʻi*, No. 22-CV-00304-DKW-KJM, 2023 WL 3981422, at *4 (D. Haw. June 13, 2023). DOH/the Director of Health shall notify Plaintiffs upon the preparation and public notice of any and all draft NPDES permits pursuant to this Paragraph;

WHEREAS, Paragraph 2 of the SETTLEMENT AGREEMENT AND ORDER (Remedy Phase) (ECF No. 91 at 6-7) currently states:

> 2. DOH/the Director of Health shall issue one or more final NPDES permits for all outfalls of the Mānā Plain Drainage Ditch System, including but not limited to Kīkīaola Harbor Drain, Kawaiʻele Outfall, Nohili Outfall, First Ditch, Second Ditch, and Cox Drain as identified in *Nā Kiaʻi Kai v. Nakatani*, 401 F. Supp. 3d 1097, 1100, 1103, 1104 (2019); and *Nā Kiaʻi Kai v. Cnty. of Kauaʻi*, No. 22-CV-00304-DKW-KJM, 2023 WL 3981422, at *4 (D. Haw. June 13, 2023). For each and every draft NPDES permit prepared and publicly noticed pursuant to Paragraph 1, *supra*, DOH/the Director of Health shall issue a final NPDES permit within one hundred eighty (180) days of public notice of such draft NPDES permit. DOH/the Director of Health shall notify Plaintiffs upon the issuance of any and all final NPDES permits pursuant to this Paragraph.

WHEREAS, Paragraph 3 of the SETTLEMENT AGREEMENT AND ORDER (Remedy Phase) further provides that "[i]f DOH/the Director of Health anticipates missing a draft or final NPDES permit deadline set forth in Paragraphs 1 or 2 [of the Settlement Agreement], DOH/the Director of Health shall notify Plaintiffs at least thirty (30) days before the missed deadline" to give the Parties the opportunity to reach an agreement to extend the deadline (ECF No. 91 at 7);

WHEREAS, the Court has retained jurisdiction over this matter to enforce the terms of the SETTLEMENT AGREEMENT AND ORDER (Remedy Phase). *See* ECF No. 91 at 12, ¶11; ECF No. 92 at 2, ¶3;

WHEREAS, in accordance with the Settlement Agreement, DOH/the Director of Health published a draft NPDES permit for all the outfalls of the Mānā Plain Drainage Ditch System (Permit Nos. HI 0021940 and HI0021945) on October 29, 2024, with public comments due on November 29, 2024;

WHEREAS, on March 7, 2025, counsel for DOH/the Director of Health notified counsel for Plaintiffs and the County that, due to the public comments received on the October 29, 2024 draft NPDES permit, DOH/the Director of Health intended to issue a revised draft NPDES permit on April 11, 2025, with a second public comment period and a public hearing to follow in May 2025;

WHEREAS, counsel for DOH/the Director of Health further notified counsel for Plaintiffs and the County that, due to the revised draft NPDES permit and related public comment period and public hearing, it anticipates issuing one or more final NPDES permits by August 29, 2025, *i.e.*, past the current April 27, 2025 deadline; and

WHEREAS, under these circumstances, the Plaintiffs and DOH/the Director of Health agree that it is reasonable and appropriate for DOH/the Director of Health to issue one or more revised draft NPDES permits and to, accordingly,

3

extend the deadline for DOH/the Director of Health to issue one or more final NPDES permits for all of the outfalls of the Mānā Plain Drainage Ditch System;

NOW, THEREFORE, the Plaintiffs and DOH/the Director of Health agree, and the Court orders, as follows:

Paragraph 1 of the SETTLEMENT AGREEMENT AND ORDER (Remedy Phase) (ECF. No. 91 at 6) shall be amended to read as follows:

1. Within three hundred sixty-five (365) days of execution of this Agreement, DOH/the Director of Health shall issue one or more draft NPDES permits for all outfalls of the Mānā Plain Drainage Ditch System, including but not limited to the outfalls of Kīkīaola Harbor Drain, Kawaiʻele Outfall, Nohili Outfall, First Ditch, Second Ditch, and Cox Drain as identified in *Nā Kiaʻi Kai v. Nakatani*, 401 F. Supp. 3d 1097, 1100, 1103, 1104 (2019); and *Nā Kiaʻi Kai v. Cnty. of Kauaʻi*, No. 22-CV-00304-DKW-KJM, 2023 WL 3981422, at *4 (D. Haw. June 13, 2023). No later than April 11, 2025, DOH/the Director of Health shall issue one or more revised draft NPDES permits for all outfalls of the Mānā Plain Drainage Ditch System, including but not limited to the outfalls of Kīkīaola Harbor Drain, Kawaiʻele Outfall, Nohili Outfall, First Ditch, Second Ditch, and Cox Drain as identified in *Nā Kiaʻi Kai v. Nakatani*, 401 F. Supp. 3d 1097, 1100, 1103, 1104 (2019); and *Nā Kiaʻi Kai v. Cnty. of Kauaʻi*, No. 22-CV-00304-DKW-

4

KJM, 2023 WL 3981422, at *4 (D. Haw. June 13, 2023). DOH/the Director of Health shall notify Plaintiffs upon the preparation and public notice of any and all draft or revised draft NPDES permits pursuant to this Paragraph. Paragraph 2 of the SETTLEMENT AGREEMENT AND ORDER (Remedy Phase) (ECF No. 91 at 6-7) shall be amended to read as follows:

    2.    DOH/the Director of Health shall issue one or more final NPDES permits for all outfalls of the Mānā Plain Drainage Ditch System, including but not limited to Kīkīaola Harbor Drain, Kawaiʻele Outfall, Nohili Outfall, First Ditch, Second Ditch, and Cox Drain as identified in *Nā Kiaʻi Kai v. Nakatani*, 401 F. Supp. 3d 1097, 1100, 1103, 1104 (2019); and *Nā Kiaʻi Kai v. Cnty. of Kauaʻi*, No. 22-CV-00304-DKW-KJM, 2023 WL 3981422, at *4 (D. Haw. June 13, 2023). For each and every draft or revised draft NPDES permit prepared and publicly noticed pursuant to Paragraph 1 (as amended), *supra*, DOH/the Director of Health shall issue a final NPDES permit no later than August 29, 2025. DOH/the Director of Health shall notify Plaintiffs upon the issuance of any and all final NPDES permits pursuant to this Paragraph.

Executed this 1st day of April, 2025.

5

/s/ Elena L. Bryant
DAVID L. HENKIN
KYLIE W. WAGER CRUZ
ELENA L. BRYANT
EARTHJUSTICE

Attorneys for Plaintiffs
NĀ KIAʻI KAI and SURFRIDER FOUNDATION

/s/ Dale K. Sakata
MELISSA J. KOLONIE     #10109
DALE K. SAKATA         #5861
JOANNA B.K.F. YEH      #7764
Deputy Attorneys General
Department of the Attorney General,
State of Hawaiʻi
465 South King Street, Room 200
Honolulu, Hawaiʻi 96813
T: (808)587-3050
Email:  melissa.j.kolonie@hawaii.gov
        dale.k.sakata@hawaii.gov
        joanna.yeh@hawaii.gov

Attorneys for Defendant
ELIZABETH A. CHAR, in her official capacity as Director of Health of the STATE OF HAWAIʻI DEPARTMENT OF HEALTH

DATED: April 3, 2025 at Honolulu, Hawaii.
APPROVED AND SO ORDERED.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Nā Kiaʻi Kai v. County of Kauaʻi*, 1:22-CV-00304-DKW-KJM; JOINT STIPULATION BETWEEN PLAINTIFFS AND DOH/THE DIRECTOR OF HEALTH RE: SETTLEMENT AGREEMENT AND ORDER (Remedy Phase); ORDER